WILLIAM HENRY BEACH, Respondent, v. SYLVIA BEACH MAHAR, Individually and as Trustee, etc., and Others, Appellants, CORA BEACH HUNTER, Individually and as Trustee, etc., and Others, Respondents. (Action No. 1.) SYLVIA BEACH MAHAR, Individually and as Trustee of the Trust Created by WILLIAM HENRY BEACH, etc., Appellant, v. WILLIAM HENRY BEACH and Others, Respondents, GEORGIA S. MAHAR and Another, Appellants. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concur. (The order removes action No, 2 from Putnam county to Onondaga county and consolidates the two

actions in an action by a grantor to vacate a trust agreement and an action by a trustee for a construction of the trust agreement.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.